**FILED**
July 20, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 2:10-mj-00213-KJN |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| BRANDON ANTHONY MAYA, ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release BRANDON ANTHONY MAYA; Case 2:10-mj-00213-KJN from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    X    Unsecured Appearance Bond in the amount of $75,000.00 to be co-signed by Mr. Maya (defendant's father)

    \_    Appearance Bond with 10% Deposit

    \_    Appearance Bond secured by Real Property

    \_    Corporate Surety Bail Bond

    X    (Other) Defendant to reside with his parents in Penn Valley, California; Pretrial Supervision/Conditions.

Issued at Sacramento, CA on 7/20/10 at 3:30 PM.

By /s/ Kendall J. Newman
Kendall J. Newman
United States Magistrate Judge